DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC16'09AM10:29 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HUBBARD, MICHAEL K. and
HUBBARD, TINA R.

Case No. 08-02214-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $400.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HUBBARD, MICHAEL K. and HUBBARD, TINA R. | 4711 W METALINE APT #G206 KENNEWICK, WA 99336 | $400.00 |

Dated: December 14, 2009

_Daniel N. Brunner_
DANIEL H. BRUNNER, Chapter 13 Trustee